IN THE UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00415-ZLW

WELLS FARGO EQUIPMENT FINANCE, INC.

    Plaintiff,

v.

BSLNI, INC.; R&D CONSTRUCTION EQUIPMENT, LLC; and DAVID RAMSDALE,

    Defendants.

## ORDER REMANDING TO STATE COURT

THE COURT, having read and considered the Stipulated Motion For Remand To State Court ("Stipulation") submitted by the parties herein, and deeming itself fully advised regarding the same, hereby APPROVES the Stipulation, GRANTS the motion, and ORDERS as follows:

1. Plaintiff and Defendants (collectively "Parties") hereby stipulate and agree that this case should be remanded to the Seventeenth Judicial District Court, State of Colorado, Adams County, Case No. 2010 CV 243 ("State Court").

2. Promptly following the entry of this Order, the Parties shall contact the State Court to reset a replevin hearing at the earliest possible date convenient to the Parties and State Court (but in no event more than two weeks from March 4, 2010, unless the State Court cannot accommodate a date during said time frame).

3. The parties shall bear all of their own fees and costs, including but not limited to attorneys fees, relating to the Stipulation and all other filings and proceedings in this Court.

So ORDERED this 8th day of March, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court